IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| JAMES WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 9:21-CV-142 |
| BRYAN COLLIER, ET AL. | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S INITIAL REPORT AND RECOMMENDATION**

Plaintiff James Williams, an inmate previously confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Bryan Collier, D. D. Dickerson, M. Touhami, and unidentified defendants.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge has submitted an Initial Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the claims against Defendant Bryan Collier.

The Court has received and considered the Initial Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (document no. 15) is ADOPTED. Defendant Bryan Collier is DISMISSED from this action.

**SIGNED** this the 16 day of **May, 2022.**

_____
Thad Heartfield
United States District Judge